UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:   AU:24-CR-00006(1)-RP |
| (1) Patrick Rostro | § | |

**<u>ORDER</u>**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 20, 2024, wherein the defendant Rostro waived appearance before this Court and appeared before United States Magistrate Judge Dustin Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Rostro to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Rostro's plea of guilty to Count 1sss of the Superseding Information is accepted.

Signed this 14th day of January, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE